772

of Appeals for the Third Circuit denied. *Frank Keiper* for petitioners. *Ralph G. Lockwood, Elmer L. Goldsmith* and *Dwight B. Galt* for respondents.

No. 537. EASTERN SUGAR ASSOCIATES *v.* PUERTO RICO. November 12, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *John W. Davis* and *E. T. Fiddler* for petitioner. *Acting Solicitor General Washington, Assistant Attorney General Sonnett* and *Paul A. Sweeney* for respondent.

No. 539. PACMAN *v.* MEAD, SUPERINTENDENT. November 12, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Morris Lavine* for petitioner. *Solicitor General McGrath* for respondent.

No. 542. BURTON, ADMINISTRATRIX, *v.* BROWNING, TRUSTEE, ET AL. November 12, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *John J. Dowdle* for petitioner. *Henry S. Blum* for respondents.

No. 555. EMERY *v.* COMMISSIONER OF INTERNAL REVENUE. November 12, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Robert A. B. Cook* for petitioner. *Solicitor General McGrath, Sewall Key, J. Louis Monarch* and *Lee A. Jackson* for respondent.